UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA MARIE SNODGRASS,<br>Plaintiff | ) <br>) <br>) | CIVIL ACTION NO. 4:20-CV-02093 |
| v. | ) <br>) <br>) | (ARBUCKLE, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | ) <br>) <br>) <br>) | |

ORDER

In accordance with the accompanying memorandum, it is ORDERED that:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment will be issued pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of the Commissioner by separate order.

(3) The Clerk of Court is DIRECTED to close this case.

Date: March 22, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge